UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMETRIUS ROLANDA CALHOUN,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:21-cr-00178

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged by way of a two-count Indictment. Count 1 of the Indictment charges him with being a felon in possession of a firearm, in violation of 18 U.S.C. §922 (g)(1) and count 2 charges him with possession of a stolen firearm, in violation of 18 U.S.C. §922(j).

The government sought defendant's detention on the bases that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on October 12, 2021, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of proving by preponderant evidence, that defendant poses a significant risk of non-

appearance and by clear and convincing evidence that he poses a danger to the community. The Court finds, as explained on the record, that there is no condition or combination of conditions that will ensure defendant's appearance or the safety of the community Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED**.

Date October 12, 2021 /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge